[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 10, 2010
JOHN LEY
CLERK

No. 09-15788
Non-Argument Calendar

_____

D. C. Docket No. 03-00010-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL CONEY, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(June 10, 2010)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

    D. Nicole Williams, appointed counsel for Paul Coney, Jr., in this 18 U.S.C.

§ 3582(c)(2) proceeding, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and the denial of Coney's § 3582(c)(2) motion is **AFFIRMED**.